**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDIN A. CHACON,

      Plaintiff,

   v.

J. CERRINI, et al.,

      Defendants.

Case No.: C 13-1982 CW (PR)

ORDER DIRECTING ALL PARTIES TO
NOTIFY COURT OF CONSENT OR
DECLINATION TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

No later than <u>thirty</u> days from the date of this Order, all parties shall consent **OR** decline to proceed before a United States Magistrate Judge by signing and returning this notice to the Court.

<u>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**</u>

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

<u>**PLAINTIFF:**</u>

Plaintiff consents to the assignment of (<u>check one</u>):

_____ Any Magistrate Judge

_____ Magistrate Judge Nandor Vadas

_____ Magistrate Judges (fill in names): _____

_____

Dated: _____        Signature: _____

**United States District Court**
For the Northern District of California

**DEFENDANT(S):**

All Defendants consent to the assignment of (<u>check one</u>):

_____ Any Magistrate Judge

_____ Magistrate Judge Nandor Vadas

_____ Magistrate Judges (fill in names): _____

_____

Dated: _____          Signature: _____
                             (Defendant(s)' Counsel)


**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**


**PLAINTIFF:**

Plaintiff declines to consent to the assignment of this case to a United States Magistrate Judge.


Dated: _____          Signature: _____


**DEFENDANT(S):**

One or more Defendants declines to consent to the assignment of this case to a United States Magistrate Judge.


Dated: _____          Signature: _____
                             (Defendant(s)' Counsel)

IT IS SO ORDERED.

Dated: 5/30/2013

                             _____
                             CLAUDIA WILKEN
                             United States District Judge

2