IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EDIN A. CHACON,** | C 13-1982 CW (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **J. CERRINI, et al.,** | |
| Defendants. | |

Defendants J. Cerini, T. Amrhein-Conama, and E. Patao (Defendants) filed a request for an extension of time of sixty (60) days, up to and including October 28, 2013 to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED, and the time for Defendants to file a dispositive motion is extended for sixty (60) days, through October 28, 2013. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight (28) days from the date the dispositive motion is filed.

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 13-1982 CW (PR))

A reply brief shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

IT IS SO ORDERED

Dated: 8/15/2013

The Hon. Claudia Wilken

SF2013205866
Prop Order.doc

2

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 13-1982 CW (PR))